# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Karen M Scott | : | |
| | : | Bankruptcy Case No.: 19-13196MDC |
| | : | |

## ORDER

AND NOW, this ___31st___ day of _____May_____, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before _____June 17_____, 2019.

*Magdeline D. Coleman*

**Judge Magdeline D. Coleman**