| Employee Register | | | | | | Alloy Surfaces Co, Inc.<br>Company (3600) | | | | | | Check Date: 10/05/2017 to 05/16/2019<br>Process: 2017100501 to 2019051601<br>Period: 09/25/2017 to 05/12/2019 | | | Page 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Scott, Karen**  Emp Id 2061  Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular 10/11/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 19.6100 | 784.40 | FITW | Federal Income T | S-0 | 1502.98 | 236.92 | 401k | 401K Contributio | 64.32 | Chk Date | | A |
| 02OT | Overtime | 28.00 | 29.4150 | 823.62 | MED | Medicare | | 1567.30 | 22.73 | D2EE | Dental 2 Employ | 7.33 | Batch | | 1033.05 |
| | 401k Employer M | | | 64.32 | PA | Pennsylvania SIT | S-0 | 1567.30 | 48.12 | EPOEE | EPO Employee O | 32.66 | Net | | 1033.05 |
| | | | | | PA-CHEM | Chester T (Delaw | | 1608.02 | 43.10 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 0.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 1567.30 | 0.97 | VISEE | Vision Emplyee ( | 0.73 | Chk Amt | | 302982 |
| | | | | | PASUI-E | PA SUI - EE | | 1608.02 | 0.97 | | | | Chk/Vcr # | | |
| | | | | | SS | OASDI | | 1567.30 | 97.17 | | | | | | |
| **Total Earnings** | | **68.00** | | **1608.02** | | **Total Taxes** | | | **449.01** | | **Total Deductions** | **125.96** | | | |

**Scott, Karen**  Emp Id 2061  Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular 10/25/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 32.00 | 19.6100 | 627.52 | FITW | Federal Income T | S-0 | 1390.03 | 212.07 | 401k | 401K Contributio | 59.61 | Chk Date | | A |
| 02OT | Overtime | 24.00 | 29.4150 | 705.96 | MED | Medicare | | 1449.64 | 21.02 | D2EE | Dental 2 Employ | 7.33 | Batch | | 960.88 |
| 23Vac | Vacation | 8.00 | 19.6100 | 156.88 | PA | Pennsylvania SIT | S-0 | 1449.64 | 44.50 | EPOEE | EPO Employee O | 32.66 | Net | | 200.00 |
| Match | 401k Employer M | | | 59.61 | PA-CHEM | Chester T (Delaw | | 1490.36 | 39.87 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 760.88 |
| | | | | | PA-D023 | Delaware Tax Co | | 1449.64 | 0.89 | VISEE | Vision Emplyee ( | 0.73 | Chk Amt | | 115957 |
| | | | | | PASUI-E | PA SUI - EE | | 1490.36 | 0.89 | | | | Chk/Vcr # | | |
| | | | | | SS | OASDI | | 1449.64 | 89.88 | | | | | | |
| **Total Earnings** | | **64.00** | | **1490.36** | | **Total Taxes** | | | **408.23** | | **Total Deductions** | **105.08** | | | |

**Scott, Karen**  Emp Id 2061  Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular 11/01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 19.6100 | 784.40 | FITW | Federal Income T | S-0 | 2030.10 | 360.33 | 401k | 401K Contributio | 86.28 | Chk Date | | A |
| 02OT | Overtime | 20.00 | 29.4150 | 588.30 | MED | Medicare | | 2116.38 | 30.68 | D2EE | Dental 2 Employ | 7.33 | Batch | | 1362.48 |
| 20DT | Double Time | 20.00 | 39.2200 | 784.40 | PA | Pennsylvania SIT | S-0 | 2116.38 | 64.97 | EPOEE | EPO Employee O | 32.66 | Net | | 200.00 |
| Match | 401k Employer M | | | 86.28 | PA-CHEM | Chester T (Delaw | | 2157.10 | 58.20 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 1162.48 |
| | | | | | PA-D023 | Delaware Tax Co | | 2116.38 | 1.30 | VISEE | Vision Emplyee ( | 0.73 | Chk Amt | | 116044 |
| | | | | | PASUI-E | PA SUI - EE | | 2157.10 | 1.30 | | | | Chk/Vcr # | | |
| | | | | | SS | OASDI | | 2116.38 | 131.22 | | | | | | |
| **Total Earnings** | | **80.00** | | **2157.10** | | **Total Taxes** | | | **646.70** | | **Total Deductions** | **147.92** | | | |

**Scott, Karen**  Emp Id 2061  Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular 11/08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 22.25 | 19.6100 | 436.32 | FITW | Federal Income T | S-0 | 679.36 | 69.32 | 401k | 401K Contributio | 30.00 | Chk Date | | 11/08/2018 |
| 02OT | Overtime | 16.00 | 19.6100 | 313.76 | MED | Medicare | | 709.36 | 10.29 | D2EE | Dental 2 Employ | 7.33 | Batch | | A |
| 23Vac | Vacation | | | 30.00 | PA | Pennsylvania SIT | S-0 | 709.36 | 21.78 | EPOEE | EPO Employee O | 32.66 | Net | | 493.11 |
| Match | 401k Employer M | | | | PA-CHEM | Chester T (Delaw | | 750.08 | 20.92 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 493.11 |
| | | | | | PA-D023 | Delaware Tax Co | | 709.36 | 19.51 | VISEE | Vision Emplyee ( | 0.73 | Chk Amt | | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 750.08 | 0.45 | | | | Chk/Vcr # | | 303365 |
| | | | | | SS | OASDI | | 709.36 | 43.98 | | | | | | |
| **Total Earnings** | | **38.25** | | **750.08** | | **Total Taxes** | | | **165.33** | | **Total Deductions** | **91.64** | | | |

Filing status and exemptions display current data, not data at the time of the payroll.

# Employee Register

**Alloy Surfaces Co, Inc.**
Company (3600)

Check Date: 10/05/2017 to 05/16/2019
Process: 2017100501 to 201905160
Period: 09/25/2017 to 05/12/2019

Page 13

## Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 25.25 | 19.6100 | 495.15 | FITW | Federal Income T | S-0 | 679.36 | 69.32 | 401k | 401K Contributio | 30.00 | Chk Date | | 11/15/2018 |
| 23Vac | Vacation | 13.00 | 19.6100 | 254.93 | MED | Medicare | | 709.36 | 10.28 | D2EE | Dental 2 Employe | 7.33 | Batch | | A |
| Match | 401k Employer M | | | 30.00 | PA | Pennsylvania SIT | S-0 | 709.36 | 21.78 | EPOEE | EPO Employee O | 32.66 | Net | | 493.12 |
| | | | | | PA-CHEM | Chester T (Delaw | | 750.08 | 19.51 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 0.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 709.36 | 0.45 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 750.08 | 0.45 | | | | Chk/Vcr # | | 303469 |
| | | | | | SS | OASDI | | 709.36 | 43.98 | | | | | | |
| **Total Earnings** | | **38.25** | | **750.08** | **Total Taxes** | | | | **165.32** | **Total Deductions** | | **91.64** | | | |

## Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 32.00 | 19.6100 | 627.52 | FITW | Federal Income T | S-0 | 712.30 | 73.27 | 401k | 401K Contributio | 31.38 | Chk Date | | 11/21/2018 |
| 25Sik | Sick | 8.00 | 19.6100 | 156.88 | MED | Medicare | | 743.68 | 10.78 | D2EE | Dental 2 Employe | 7.33 | Batch | | A |
| Match | 401k Employer M | | | 31.38 | PA | Pennsylvania SIT | S-0 | 743.68 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | | 517.46 |
| | | | | | PA-CHEM | Chester T (Delaw | | 784.40 | | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 517.46 |
| | | | | | PA-D023 | Delaware Tax Co | | 743.68 | 20.45 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 784.40 | 0.47 | | | | Chk/Vcr # | | 303555 |
| | | | | | SS | OASDI | | 743.68 | 46.10 | | | | | | |
| **Total Earnings** | | **40.00** | | **784.40** | **Total Taxes** | | | | **173.90** | **Total Deductions** | | **93.02** | | | |

## Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 24.00 | 19.6100 | 470.64 | FITW | Federal Income T | S-0 | 712.30 | 73.27 | 401k | 401K Contributio | 31.38 | Chk Date | | 11/29/2018 |
| 24Hol | Holiday | 16.00 | 19.6100 | 313.76 | MED | Medicare | | 743.68 | 10.78 | D2EE | Dental 2 Employe | 7.33 | Batch | | A |
| Match | 401k Employer M | | | 31.38 | PA | Pennsylvania SIT | S-0 | 743.68 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | | 517.48 |
| | | | | | PA-CHEM | Chester T (Delaw | | 784.40 | | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 517.48 |
| | | | | | PA-D023 | Delaware Tax Co | | 743.68 | 20.45 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 784.40 | 0.47 | | | | Chk/Vcr # | | 303653 |
| | | | | | SS | OASDI | | 743.68 | 46.10 | | | | | | |
| **Total Earnings** | | **40.00** | | **784.40** | **Total Taxes** | | | | **173.90** | **Total Deductions** | | **93.02** | | | |

## Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 19.6100 | 784.40 | FITW | Federal Income T | S-0 | 712.30 | 73.27 | 401k | 401K Contributio | 31.38 | Chk Date | | 12/06/2018 |
| Match | 401k Employer M | | | 31.38 | MED | Medicare | | 743.68 | 10.78 | D2EE | Dental 2 Employe | 7.33 | Batch | | A |
| | | | | | PA | Pennsylvania SIT | S-0 | 743.68 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | | 517.47 |
| | | | | | PA-CHEM | Chester T (Delaw | | 784.40 | | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 517.47 |
| | | | | | PA-D023 | Delaware Tax Co | | 743.68 | 20.45 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 784.40 | 0.47 | | | | Chk/Vcr # | | 303752 |
| | | | | | SS | OASDI | | 743.68 | 46.11 | | | | | | |
| **Total Earnings** | | **40.00** | | **784.40** | **Total Taxes** | | | | **173.91** | **Total Deductions** | | **93.02** | | | |

## Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 19.6100 | 784.40 | FITW | Federal Income T | S-0 | 712.30 | 73.27 | 401k | 401K Contributio | 31.38 | Chk Date | | 12/13/2018 |
| Match | 401k Employer M | | | 31.38 | MED | Medicare | | 743.68 | 10.79 | D2EE | Dental 2 Employe | 7.33 | Batch | | A |
| | | | | | PA | Pennsylvania SIT | S-0 | 743.68 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | | 590.73 |
| | | | | | PA-CHEM | Chester T (Delaw | | 784.40 | | PSLn | PS 401k Loan 1 | 20.45 | Dir Dep | | 590.73 |
| | | | | | PA-D023 | Delaware Tax Co | | 743.68 | 20.45 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 784.40 | 0.47 | | | | Chk/Vcr # | | 303851 |
| | | | | | SS | OASDI | | 743.68 | 46.11 | | | | | | |
| **Total Earnings** | | **40.00** | | **784.40** | **Total Taxes** | | | | **100.65** | **Total Deductions** | | **93.02** | | | |

# Employee Register

**Alloy Surfaces Co, Inc.**
Company (3600)

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### Scott, Karen — Emp Id 2061 — Rate 19.6100

Check Date: 10/05/2017 to 05/16/2019
Process: 20171005601 to 2019051601
Period: 09/25/2017 to 05/12/2019

Page 14

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 39.25 | 19.6100 | 769.69 | FITW | Federal Income T | S-0 | 698.18 | 10.57 | 401k | 401K Contributio | 30.79 | Chk Date | | 12/20/2018 |
| Match | 401k Employer N | | | 30.79 | MED | Medicare | | 728.97 | 22.38 | D2EE | Dental 2 Employ | 7.33 | Batch | | A |
| | | | | | PA | Pennsylvania SIT | S-0 | 728.97 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | | 578.60 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 769.69 | 20.05 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 0.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 728.97 | 20.05 | VISEE | Vision Employee ( | 0.73 | Chk Amt | | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 769.69 | 0.46 | | | | Chk/Vcr # | | 303951 |
| | | | | | SS | OASDI | | 728.97 | 45.20 | | | | | | |
| **Total Earnings** | | **39.25** | | **769.69** | **Total Taxes** | | | | **98.66** | **Total Deductions** | | **92.43** | | | |

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 32.00 | 19.6100 | 627.52 | FITW | Federal Income T | S-0 | 712.30 | 10.78 | 401k | 401K Contributio | 31.38 | Chk Date | | 12/27/2018 |
| 25Sik | Sick | 8.00 | 19.6100 | 156.88 | MED | Medicare | | 743.68 | 10.78 | D2EE | Dental 2 Employ | 7.33 | Batch | | A |
| Match | 401k Employer N | | | 31.38 | PA | Pennsylvania SIT | S-0 | 743.68 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | | 590.74 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 784.40 | | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 590.74 |
| | | | | | PA-D023 | Delaware Tax Co | | 743.68 | 20.45 | VISEE | Vision Employee ( | 0.73 | Chk Amt | | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 784.40 | 0.47 | | | | Chk/Vcr # | | 304050 |
| | | | | | SS | OASDI | | 743.68 | 46.11 | | | | | | |
| **Total Earnings** | | **40.00** | | **784.40** | **Total Taxes** | | | | **100.64** | **Total Deductions** | | **93.02** | | | |

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | GTL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GTL | Group Term Life | | | 154.80 | FITW | Federal Income T | S-0 | 154.80 | -11.84 | GTOO | Group Term Out | 154.80 | Chk Date | | 12/31/2018 |
| | | | | | MED | Medicare | | 154.80 | 2.24 | | | | Batch | | L |
| | | | | | SS | OASDI | | 154.80 | 9.60 | | | | Net | | 0.00 |
| | | | | | | | | | | | | | Dir Dep | | 0.00 |
| | | | | | | | | | | | | | Chk Amt | | 0.00 |
| | | | | | | | | | | | | | Chk/Vcr # | | 304706 |
| **Total Earnings** | | **0.00** | | **154.80** | **Total Taxes** | | | | **0.00** | **Total Deductions** | | **154.80** | | | |

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | NoCalc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCR | Health Care Repc | | | 12101.76 | | | | | | | | | Chk Date | | 12/31/2018 |
| | | | | | | | | | | | | | Batch | | H |
| | | | | | | | | | | | | | Net | | 0.00 |
| | | | | | | | | | | | | | Dir Dep | | 0.00 |
| | | | | | | | | | | | | | Chk Amt | | 0.00 |
| | | | | | | | | | | | | | Chk/Vcr # | | 1 |
| **Total Earnings** | | **0.00** | | **0.00** | **Total Taxes** | | | | **0.00** | **Total Deductions** | | **0.00** | | | |

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23Vac | Vacation | 24.00 | 19.6100 | 470.64 | FITW | Federal Income T | S-0 | | | 401k | 401K Contributio | 31.38 | Chk Date | | 01/03/2019 |
| 24Hol | Holiday | 16.00 | 19.6100 | 313.76 | MED | Medicare | | 743.68 | 10.78 | D2EE | Dental 2 Employ | 7.33 | Batch | | A |
| Match | 401k Employer N | | | 31.38 | PA | Pennsylvania SIT | S-0 | 743.68 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | | 580.74 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 784.40 | 10.00 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | | 580.74 |
| | | | | | PA-D023 | Delaware Tax Co | | 743.68 | 20.45 | VISEE | Vision Employee ( | 0.73 | Chk Amt | | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 784.40 | 0.47 | | | | Chk/Vcr # | | 304153 |
| | | | | | SS | OASDI | | 743.68 | 46.11 | | | | | | |
| **Total Earnings** | | **40.00** | | **784.40** | **Total Taxes** | | | | **110.64** | **Total Deductions** | | **93.02** | | | |

# Employee Register

**Alloy Surfaces Co, Inc.**
Company (3600)

Check Date: 10/05/2017 to 05/16/2019
Process: 20171005O1 to 201905160I
Period: 09/25/2017 to 05/12/2019

Page 15

### Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 16.00 | 19.6100 | 313.76 | FITW | Federal Income T | S-0 | 712.30 | 10.79 | 401k | 401K Contributio | 31.38 | Chk Date | 01/10/2019 |
| 23Vac | Vacation | 8.00 | 19.6100 | 156.88 | MED | Medicare | | 743.68 | 22.83 | D2EE | Dental 2 Employe | 7.33 | Batch | A |
| 24Hol | Holiday | 16.00 | 19.6100 | 313.76 | PA | Pennsylvania SIT | S-0 | 743.68 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | 590.73 |
| Match | 401k Employer M | | | 31.38 | PA-CHEN | Chester T(Delaw | | 743.68 | 20.45 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 0.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 743.68 | 20.45 | VISEE | Vision Employee ( | 0.73 | Chk Amt | 590.73 |
| | | | | | PASUI-E | PA SUI - EE | | 784.40 | 0.47 | | | | Chk/Vcr # | 304253 |
| | | | | | SS | OASDI | | 743.68 | 46.11 | | | | | |
| **Total Earnings** | | **40.00** | | **784.40** | **Total Taxes** | | | | **100.65** | **Total Deductions** | | **93.02** | | **Regular** |

### Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 19.6100 | 784.40 | FITW | Federal Income T | S-0 | 938.21 | 14.19 | 401k | 401K Contributio | 40.79 | Chk Date | 01/17/2019 |
| 02OT | Overtime | 8.00 | 29.4150 | 235.32 | MED | Medicare | | 979.00 | 30.06 | D2EE | Dental 2 Employe | 7.33 | Batch | A |
| Match | 401k Employer M | | | 40.79 | PA | Pennsylvania SIT | S-0 | 979.00 | 30.06 | EPOEE | EPO Employee O | 32.66 | Net | 784.82 |
| | | | | | PA-CHEN | Chester T(Delaw | | 1019.72 | 26.92 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 0.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 979.00 | 26.92 | VISEE | Vision Employee ( | 0.73 | Chk Amt | 784.82 |
| | | | | | PASUI-E | PA SUI - EE | | 1019.72 | 0.61 | | | | Chk/Vcr # | 304350 |
| | | | | | SS | OASDI | | 979.00 | 60.69 | | | | | |
| **Total Earnings** | | **48.00** | | **1019.72** | **Total Taxes** | | | | **132.47** | **Total Deductions** | | **102.43** | | **Regular** |

### Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bonus | Bonus | | | 1000.00 | FITW | Federal Income T | S-0 | 960.00 | 14.50 | 401k | 401K Contributio | 40.00 | Chk Date | 01/22/2019 |
| Match | 401k Employer M | | | 40.00 | MED | Medicare | | 1000.00 | 30.70 | | | | Batch | B |
| | | | | | PA | Pennsylvania SIT | S-0 | 1000.00 | 30.70 | | | | Net | 824.70 |
| | | | | | PA-CHEN | Chester T(Delaw | | 1000.00 | 27.50 | | | | Dir Dep | 0.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 1000.00 | 27.50 | | | | Chk Amt | 824.70 |
| | | | | | PASUI-E | PA SUI - EE | | 1000.00 | 0.60 | | | | Chk/Vcr # | 117094 |
| | | | | | SS | OASDI | | 1000.00 | 62.00 | | | | | |
| **Total Earnings** | | **0.00** | | **1000.00** | **Total Taxes** | | | | **135.30** | **Total Deductions** | | **40.00** | | **Bonus** |

### Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 19.6100 | 784.40 | FITW | Federal Income T | S-0 | 712.30 | 10.79 | 401k | 401K Contributio | 31.38 | Chk Date | 01/24/2019 |
| Match | 401k Employer M | | | 31.38 | MED | Medicare | | 743.68 | 22.83 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| | | | | | PA | Pennsylvania SIT | S-0 | 743.68 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | 590.73 |
| | | | | | PA-CHEN | Chester T(Delaw | | 743.68 | 20.45 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 0.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 743.68 | 20.45 | VISEE | Vision Employee ( | 0.73 | Chk Amt | 590.73 |
| | | | | | PASUI-E | PA SUI - EE | | 784.40 | 0.47 | | | | Chk/Vcr # | 304487 |
| | | | | | SS | OASDI | | 743.68 | 46.11 | | | | | |
| **Total Earnings** | | **40.00** | | **784.40** | **Total Taxes** | | | | **100.65** | **Total Deductions** | | **93.02** | | **Regular** |

### Scott, Karen — Emp Id 2061 — Rate 19.6100

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 32.00 | 19.6100 | 627.52 | FITW | Federal Income T | S-0 | 825.26 | 12.49 | 401k | 401K Contributio | 36.08 | Chk Date | 01/31/2019 |
| 02OT | Overtime | 4.00 | 29.4150 | 117.66 | MED | Medicare | | 861.34 | 26.44 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| 24Hol | Holiday | 8.00 | 19.6100 | 156.88 | PA | Pennsylvania SIT | S-0 | 861.34 | 26.44 | EPOEE | EPO Employee O | 32.66 | Net | 687.77 |
| Match | 401k Employer M | | | 36.08 | PA-CHEN | Chester T(Delaw | | 902.06 | 23.69 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 0.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 861.34 | 23.69 | VISEE | Vision Employee ( | 0.73 | Chk Amt | 687.77 |
| | | | | | PASUI-E | PA SUI - EE | | 902.06 | 0.54 | | | | Chk/Vcr # | 304873 |
| | | | | | SS | OASDI | | 861.34 | 53.41 | | | | | |
| **Total Earnings** | | **44.00** | | **902.06** | **Total Taxes** | | | | **116.57** | **Total Deductions** | | **97.72** | | **Regular** |

# Employee Register

## Alloy Surfaces Co., Inc.
Company (3600)

Check Date: 10/05/2017 to 05/16/2019
Process:
Period: 20171005001 to 201905161601
09/25/2017 to 05/12/2019

Page 16

---

**Scott, Karen**  Emp Id 2061  Rate 20.2000    Regular 02/07/2019

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 32.00 | 19.6100 | 627.52 | FITW | Federal Income T | S-0 | 712.30 | 10.78 | 401K | 401K Contributio | 31.38 | Chk Date | |
| 23Vac | Vacation | 8.00 | 19.6100 | 156.88 | MED | Medicare | | 743.68 | 22.83 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| Match | 401k Employer N | | | 31.38 | PA | Pennsylvania SIT | S-0 | 743.68 | 22.83 | EPOEE | EPO Employee O | 32.66 | Net | 590.74 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 784.40 | 20.45 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 0.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 743.68 | | VISEE | Vision Employee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 784.40 | 0.48 | | | | Chk/Vcr # | 304986 |
| | | | | | SS | OASDI | | 743.68 | 46.10 | | | | | |
| **Total Earnings** | | | | **784.40** | **Total Taxes** | | | | **100.64** | **Total Deductions** | | **93.02** | | |

---

**Scott, Karen**  Emp Id 2061  Rate 20.2000    Regular 02/14/2019

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 967.66 | 14.64 | 401K | 401K Contributio | 42.02 | Chk Date | |
| 02OT | Overtime | 8.00 | 30.3000 | 242.40 | MED | Medicare | | 1009.68 | 31.00 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| Match | 401k Employer N | | | 42.02 | PA | Pennsylvania SIT | S-0 | 1009.68 | | EPOEE | EPO Employee O | 32.66 | Net | 810.10 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 1050.40 | 27.77 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 810.10 |
| | | | | | PA-D023 | Delaware Tax Co | | 1009.68 | 0.63 | VISEE | Vision Employee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 1050.40 | | | | | Chk/Vcr # | 305089 |
| | | | | | SS | OASDI | | 1009.68 | 62.60 | | | | | |
| **Total Earnings** | | | | **1050.40** | **Total Taxes** | | | | **136.64** | **Total Deductions** | | **103.66** | | |

---

**Scott, Karen**  Emp Id 2061  Rate 20.2000    Regular 02/21/2019

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 1714.26 | 25.92 | 401k | 401K Contributio | 73.12 | Chk Date | |
| 02OT | Overtime | 23.00 | 30.3000 | 696.90 | MED | Medicare | | 1787.38 | 25.92 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| 20DT | Double Time | 8.00 | 40.4000 | 323.20 | PA | Pennsylvania SIT | S-0 | 1787.38 | 54.87 | EPOEE | EPO Employee O | 32.66 | Net | 1451.49 |
| Match | 401k Employer N | | | 73.12 | PA-CHEN | Chester T.(Delaw | | 1828.10 | 49.15 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 1451.49 |
| | | | | | PA-D023 | Delaware Tax Co | | 1787.38 | 1.09 | VISEE | Vision Employee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 1828.10 | | | | | Chk/Vcr # | 305192 |
| | | | | | SS | OASDI | | 1787.38 | 110.82 | | | | | |
| **Total Earnings** | | **71.00** | | **1828.10** | **Total Taxes** | | | | **241.85** | **Total Deductions** | | **134.76** | | |

---

**Scott, Karen**  Emp Id 2061  Rate 20.2000    Regular 02/28/2019

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 32.00 | 20.2000 | 646.40 | FITW | Federal Income T | S-0 | 734.96 | 11.12 | 401k | 401K Contributio | 32.32 | Chk Date | |
| 23Vac | Vacation | 8.00 | 20.2000 | 161.60 | MED | Medicare | | 767.28 | 23.56 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| Match | 401k Employer N | | | 32.32 | PA | Pennsylvania SIT | S-0 | 767.28 | 23.56 | EPOEE | EPO Employee O | 32.66 | Net | 610.20 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 808.00 | 21.10 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 610.20 |
| | | | | | PA-D023 | Delaware Tax Co | | 767.28 | 0.49 | VISEE | Vision Employee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 808.00 | | | | | Chk/Vcr # | 305292 |
| | | | | | SS | OASDI | | 767.28 | 47.57 | | | | | |
| **Total Earnings** | | **40.00** | | **808.00** | **Total Taxes** | | | | **103.84** | **Total Deductions** | | **93.96** | | |

---

**Scott, Karen**  Emp Id 2061  Rate 20.2000    Regular 03/07/2019

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 734.96 | 11.13 | 401k | 401K Contributio | 32.32 | Chk Date | |
| Match | 401k Employer N | | | 32.32 | MED | Medicare | | 767.28 | 23.56 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| | | | | | PA | Pennsylvania SIT | S-0 | 767.28 | | EPOEE | EPO Employee O | 32.66 | Net | 610.20 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 808.00 | 21.10 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 610.20 |
| | | | | | PA-D023 | Delaware Tax Co | | 767.28 | 0.48 | VISEE | Vision Employee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 808.00 | | | | | Chk/Vcr # | 305394 |
| | | | | | SS | OASDI | | 767.28 | 47.57 | | | | | |
| **Total Earnings** | | **40.00** | | **808.00** | **Total Taxes** | | | | **103.84** | **Total Deductions** | | **93.96** | | |

---

Filing status and exemptions display current data, not data at the time of the payroll.

Regime © 1995-2019 JJXY

Run Date: 05/21/19
Run Time: 10:09 AM

Employee  Scott

# Employee Register

## Alloy Surfaces Co, Inc.
### Company (3600)

Check Date: 10/05/2017 to 05/16/2019
Process: 201710050l to 201905160l
Period: 09/25/2017 to 05/12/2019

Page 17

### Scott, Karen — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 1315.09 | 19.89 | 401k | 401K Contributio | 56.56 | Chk Date | 03/14/2019 |
| 02OT | Overtime | 20.00 | 30.3000 | 606.00 | MED | Medicare | | 1371.65 | 42.11 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| Match | 401k Employer N | | | 56.56 | PA | Pennsylvania SIT | S-0 | 1371.65 | | EPOEE | EPO Employee O | 34.29 | Net | 1108.55 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 1371.65 | 37.72 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 1108.55 |
| | | | | | PA-D023 | Delaware Tax Co | | 1414.00 | 0.85 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 1414.00 | | | | | Chk/Vcr # | 305497 |
| | | | | | SS | OASDI | | 1371.65 | 85.05 | | | | | |
| **Total Earnings** | | **60.00** | | **1414.00** | **Total Taxes** | | | | **185.62** | **Total Deductions** | | **119.83** | | |

### Scott, Karen — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 966.03 | 14.61 | 401k | 401K Contributio | 42.02 | Chk Date | 03/21/2019 |
| 02OT | Overtime | 8.00 | 30.3000 | 242.40 | MED | Medicare | | 1008.05 | 30.95 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| Match | 401k Employer N | | | 42.02 | PA | Pennsylvania SIT | S-0 | 1008.05 | | EPOEE | EPO Employee O | 34.29 | Net | 808.70 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 1008.05 | 27.72 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 808.70 |
| | | | | | PA-D023 | Delaware Tax Co | | 1008.05 | 0.63 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 1050.40 | | | | | Chk/Vcr # | 305601 |
| | | | | | SS | OASDI | | 1008.05 | 62.50 | | | | | |
| **Total Earnings** | | **48.00** | | **1050.40** | **Total Taxes** | | | | **136.41** | **Total Deductions** | | **105.29** | | |

### Scott, Karen — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 1741.71 | 26.34 | 401k | 401K Contributio | 74.34 | Chk Date | 03/28/2019 |
| 02OT | Overtime | 24.00 | 30.3000 | 727.20 | MED | Medicare | | 1816.05 | 55.75 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| 20DT | Double Time | 8.00 | 40.4000 | 323.20 | PA | Pennsylvania SIT | S-0 | 1816.05 | | EPOEE | EPO Employee O | 34.29 | Net | 1475.05 |
| Match | 401k Employer N | | | 74.34 | PA-CHEN | Chester T.(Delaw | | 1816.05 | 49.94 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 1475.05 |
| | | | | | PA-D023 | Delaware Tax Co | | 1816.05 | 1.12 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 1858.40 | | | | | Chk/Vcr # | 305705 |
| | | | | | SS | OASDI | | 1816.05 | 112.59 | | | | | |
| **Total Earnings** | | **72.00** | | **1858.40** | **Total Taxes** | | | | **245.74** | **Total Deductions** | | **137.61** | | |

### Scott, Karen — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 820.59 | 12.42 | 401k | 401K Contributio | 35.96 | Chk Date | 04/04/2019 |
| 02OT | Overtime | 3.00 | 30.3000 | 90.90 | MED | Medicare | | 856.55 | 26.30 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| Match | 401k Employer N | | | 35.96 | PA | Pennsylvania SIT | S-0 | 856.55 | | EPOEE | EPO Employee O | 34.29 | Net | 683.74 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 898.90 | 23.56 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 683.74 |
| | | | | | PA-D023 | Delaware Tax Co | | 856.55 | 0.54 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 898.90 | | | | | Chk/Vcr # | 305814 |
| | | | | | SS | OASDI | | 856.55 | 53.11 | | | | | |
| **Total Earnings** | | **43.00** | | **898.90** | **Total Taxes** | | | | **115.93** | **Total Deductions** | | **99.23** | | |

### Scott, Karen — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 1358.72 | 20.54 | 401k | 401K Contributio | 58.38 | Chk Date | 04/11/2019 |
| 02OT | Overtime | 21.50 | 30.3000 | 651.45 | MED | Medicare | | 1417.10 | 43.50 | D2EE | Dental 2 Employ | 7.33 | Batch | A |
| Match | 401k Employer N | | | 58.38 | PA | Pennsylvania SIT | S-0 | 1417.10 | | EPOEE | EPO Employee O | 34.29 | Net | 1146.06 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 1417.10 | 38.97 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 1146.06 |
| | | | | | PA-D023 | Delaware Tax Co | | 1417.10 | 0.87 | VISEE | Vision Emplyee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 1459.45 | | | | | Chk/Vcr # | 305924 |
| | | | | | SS | OASDI | | 1417.10 | 87.86 | | | | | |
| **Total Earnings** | | **61.50** | | **1459.45** | **Total Taxes** | | | | **191.74** | **Total Deductions** | | **121.65** | | |

* Filing status and exemptions display current data, not data at the time of the payroll.

Regime © 1995-2019 AMV

Run Date: 05/21/19
Run Time: 10:09 AM

Employee Scott

| Employee Register | | | | | | Alloy Surfaces Co, Inc. Company (3600) | | | | Check Date: 10/05/2017 to 05/16/2019 Process: 20171005o1 to 20190516o1 Period: 09/25/2017 to 05/12/2019 | | | Page 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Scott, Karen** — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular 04/18/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 1671.41 | 25.27 | 401k | 401K Contributio | 71.41 | Chk Date | 04/25/2019 |
| 02OT | Overtime | 20.25 | 30.3000 | 613.57 | MED | Medicare | | 1742.82 | 25.27 | D2EE | Dental 2 Employe | 7.33 | Batch | A |
| 20DT | Double Time | 9.00 | 40.4000 | 363.60 | PA | Pennsylvania SIT | S-0 | 1742.82 | 53.50 | EPOEE | EPO Employee O | 34.29 | Net | 1414.67 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 1785.17 | 47.93 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 1414.67 |
| | | | | | PA-D023 | Delaware Tax Co | | 1742.82 | 1.07 | VISEE | Vision Employee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 1785.17 | 1.07 | | | | Dir Dep | |
| | | | | | SS | OASDI | | 1742.82 | 108.05 | | | | Chk/Vcr # | 306035 |
| **Total Earnings** | | **69.25** | | **1785.17** | **Total Taxes** | | | | **235.82** | **Total Deductions** | | **134.68** | | |

**Scott, Karen** — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular 04/25/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 24.00 | 20.2000 | 484.80 | FITW | Federal Income T | S-0 | 915.13 | 13.85 | 401k | 401K Contributio | 39.89 | Chk Date | 05/02/2019 |
| 02OT | Overtime | 6.25 | 30.3000 | 189.37 | MED | Medicare | | 955.02 | 13.85 | D2EE | Dental 2 Employe | 7.33 | Batch | A |
| 20DT | Double Time | 8.00 | 40.4000 | 161.60 | PA | Pennsylvania SIT | S-0 | 955.02 | 29.32 | EPOEE | EPO Employee O | 34.29 | Net | 764.97 |
| 23Vac | Vacation | 8.00 | 20.2000 | 161.60 | PA-CHEN | Chester T.(Delaw | | 997.37 | 26.26 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 764.97 |
| 24Hol | Holiday | 8.00 | 20.2000 | 39.89 | PA-D023 | Delaware Tax Co | | 955.02 | 0.60 | VISEE | Vision Employee C | 0.73 | Chk Amt | 0.00 |
| Match | 401k Employer N | | | 39.89 | PASUI-E | PA SUI - EE | | 997.37 | 0.60 | | | | Dir Dep | |
| | | | | | SS | OASDI | | 955.02 | 59.21 | | | | Chk/Vcr # | 306153 |
| **Total Earnings** | | **46.25** | | **997.37** | **Total Taxes** | | | | **129.24** | **Total Deductions** | | **103.16** | | |

**Scott, Karen** — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular 05/02/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 40.00 | 20.2000 | 808.00 | FITW | Federal Income T | S-0 | 1702.93 | 25.75 | 401k | 401K Contributio | 72.72 | Chk Date | 05/09/2019 |
| 02OT | Overtime | 20.00 | 30.3000 | 606.00 | MED | Medicare | | 1775.65 | 25.75 | D2EE | Dental 2 Employe | 7.33 | Batch | A |
| 20DT | Double Time | 10.00 | 40.4000 | 404.00 | PA | Pennsylvania SIT | S-0 | 1775.65 | 54.51 | EPOEE | EPO Employee O | 34.29 | Net | 1141.74 |
| Match | 401k Employer N | | | 72.72 | PA-CHEN | Chester T.(Delaw | | 1818.00 | 48.83 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 1141.74 |
| | | | | | PA-D023 | Delaware Tax Co | | 1775.65 | 1.09 | VISEE | Vision Employee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 1818.00 | 1.09 | | | | Dir Dep | |
| | | | | | SS | OASDI | | 1775.65 | 110.09 | | | | Chk/Vcr # | 306271 |
| **Total Earnings** | | **70.00** | | **1818.00** | **Total Taxes** | | | | **240.27** | **Total Deductions** | | **135.99** | | |

**Scott, Karen** — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Bonus 05/02/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E99 | Referral Incentive | | | 181.89 | FITW | Federal Income T | S-0 | 174.61 | 2.64 | 401k | 401K Contributio | 7.28 | Chk Date | 05/02/2019 |
| Match | 401k Employer N | | | 7.28 | MED | Medicare | | 181.89 | 2.64 | | | | Batch | A |
| | | | | | PA | Pennsylvania SIT | S-0 | 181.89 | 5.58 | | | | Net | 150.00 |
| | | | | | PA-CHEN | Chester T.(Delaw | | 181.89 | 5.00 | | | | Dir Dep | 150.00 |
| | | | | | PA-D023 | Delaware Tax Co | | 181.89 | 0.11 | | | | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 181.89 | 0.11 | | | | Dir Dep | |
| | | | | | SS | OASDI | | 181.89 | 11.28 | | | | Chk/Vcr # | 118566 |
| **Total Earnings** | | **0.00** | | **181.89** | **Total Taxes** | | | | **24.61** | **Total Deductions** | | **7.28** | | |

**Scott, Karen** — Emp Id 2061 — Rate 20.2000

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Regular 05/09/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 32.00 | 20.2000 | 646.40 | FITW | Federal Income T | S-0 | 966.03 | 14.61 | 401k | 401K Contributio | 42.02 | Chk Date | |
| 02OT | Overtime | 8.00 | 30.3000 | 242.40 | MED | Medicare | | 1008.05 | 14.61 | D2EE | Dental 2 Employe | 7.33 | Batch | A |
| 23Vac | Vacation | 8.00 | 20.2000 | 161.60 | PA | Pennsylvania SIT | S-0 | 1008.05 | 30.95 | EPOEE | EPO Employee O | 34.29 | Net | 808.70 |
| Match | 401k Employer N | | | 42.02 | PA-CHEN | Chester T.(Delaw | | 1050.40 | 27.72 | PSLn | PS 401k Loan 1 | 20.92 | Dir Dep | 808.70 |
| | | | | | PA-D023 | Delaware Tax Co | | 1008.05 | 0.63 | VISEE | Vision Employee C | 0.73 | Chk Amt | 0.00 |
| | | | | | PASUI-E | PA SUI - EE | | 1050.40 | 0.63 | | | | Dir Dep | |
| | | | | | SS | OASDI | | 1008.05 | 62.50 | | | | Chk/Vcr # | 306389 |
| **Total Earnings** | | **48.00** | | **1050.40** | **Total Taxes** | | | | **136.41** | **Total Deductions** | | **105.29** | | |

# Employee Register

## Alloy Surfaces Co, Inc.
Company (3600)

Check Date: 10/05/2017 to 05/16/2019
Process: 2017100501 to 2019051601
Period: 09/25/2017 to 05/12/2019

Page 19

**Scott, Karen**
Emp Id 2061   Filing Status 23Vac   Rate 20.2000   Match 401k Employer M

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Checks | Regular |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 36.00 | 20.2000 | 727.20 | FITW | Federal Income T | S-0 | 733.33 |  | 401k | 401K Contributio | 32.32 | Chk Date |  | 05/16/2019 |
| 23Vac | Vacation | 4.00 | 20.2000 | 80.80 | MED | Medicare |  | 765.65 | 11.10 | D2EE | Dental 2 Employe | 7.33 | Batch |  | A |
|  | 401k Employer M |  |  | 32.32 | PA | Pennsylvania SIT | S-0 | 765.65 | 23.51 | EPOEE | EPO Employee C | 34.29 | Net |  | 608.78 |
|  |  |  |  |  | PA-CHEN | Chester T (Delaw |  | 808.00 |  | PS401k | PS 401k Loan 1 | 20.92 | Dir Dep |  | 608.78 |
|  |  |  |  |  | PA-D023 | Delaware Tax Co |  | 765.65 | 21.06 | VISEE | Vision Employee C | 0.73 | Chk Amt |  | 0.00 |
|  |  |  |  |  | PASUI-E | PA SUI - EE |  | 808.00 | 0.49 |  |  |  | Chk/Vcr # |  | 306501 |
|  |  |  |  |  | SS | OASDI |  | 765.65 | 47.47 |  |  |  |  |  |  |
| **Total Earnings** |  | **40.00** |  | **808.00** |  | **Total Taxes** |  |  | **103.63** |  | **Total Deductions** | **95.59** |  |  |  |

## Report Total

| Employees |  |
|---|---|
| Female | 1 |
| Male | 0 |
| **Cos & Vchrs** | **1** |
| Female | 0 |
| Male | 91 |
|  | 91 |

| Code | Earning | Hours | Rate | Amount | Code | Tax | Status | Taxable | Amount | Code | Deduction | Amount | Type | Checks |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01Reg | Regular | 2759.75 |  | 54825.93 | FITW | Federal Income T |  | 74542.78 | 6022.88 | 401k | 401K Contributio | 2790.08 | Vouchers |  | 4 |
| 02OT | Overtime | 394.25 |  | 11725.69 | MED | Medicare |  | 77332.86 | 1121.32 | D2EE | Dental 2 Employ | 623.05 | Net |  | 87 |
| 20DT | Double Time | 55.00 |  | 2198.40 | PA | Pennsylvania SIT |  | 77126.46 | 2367.80 | EPOEE | EPO Employee C | 2758.08 | Dir Dep |  | 57144.43 |
| 23Vac | Vacation | 321.00 |  | 6256.61 | PA-CHEN | Chester T (Delaw |  | 80621.24 |  | EPOEO | EPO Employee O | -100.00 | Chk Amt |  | 54246.37 |
| 24Hol | Holiday | 144.00 |  | 2801.20 | PA-D023 | Delaware Tax Co |  | 77126.46 | 2121.00 | ERecv | Employee Receiv | 206.40 |  |  | 2898.06 |
| 25Sik | Sick | 48.00 |  | 927.60 | PASUI-E | PA SUI - EE |  | 80569.64 | 49.35 | GTOO | Group Term Out |  |  |  |  |
| 32Bev | Bereavement Lea | 8.00 |  | 152.32 | SS | OASDI |  | 77332.86 | 4794.64 | PSLn | PS 401k Loan 1 | 794.96 |  |  |  |
| Bonus | Bonus |  |  | 1500.00 |  |  |  |  |  | VISEE | Vision Employee C | 62.05 |  |  |  |
| E99 | Referral Incentive |  |  | 181.89 |  |  |  |  |  |  |  |  |  |  |  |
| GTL | Group Term Life |  |  | 206.40 |  |  |  |  |  |  |  |  |  |  |  |
| HCR | Health Care Repo |  |  | 12101.76 |  |  |  |  |  |  |  |  |  |  |  |
| Match | 401k Employer M |  |  | 2790.08 |  |  |  |  |  |  |  |  |  |  |  |
| **Total Earnings** |  | **3770.00** |  | **80776.04** |  | **Total Taxes** |  |  | **16496.99** |  | **Total Deductions** | **7134.62** |  |  |  |

Filing status and exemptions display current data, not data at the time of the payroll.

Regular © 1992-2019 nexv

Run Date: 05/21/19
Run Time: 10:09 AM

Employee Scott