# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13196-MDC

KAREN M SCOTT

1924 WEST 6TH

CHESTER, PA 19013-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KAREN M SCOTT

    1924 WEST 6TH

    CHESTER, PA 19013-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                      /S/ William C. Miller

Date: 2/7/2020                             _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee