United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13196-mdc
Karen M. Scott                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1            Date Rcvd: Mar 12, 2020
                              Form ID: pdf900         Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2020.
```
db              +Karen M. Scott,    1924 West 6th,    Chester, PA 19013-2704
14330590        +BAYVIEW LOAN SERVICING, LLC,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                  701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14351654        +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
14354872         Chester Water Company,    PO Box 467,    Chester, PA 19016-0467
14354873         Delcora,    100 East Fifth Street,    PO Box 999,    Chester, PA 19016-0999
14326016        +First Premier Bank,    Attn: Bankruptcy,    PO Box 5524,    Sioux Falls, SD 57117-5524
14326017         Milstead and Associates, LLC,    2501 Seaport Drive,    Ste 200,    Philadelphia, PA 19103
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Mar 13 2020 03:12:02      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:11:38
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2020 03:11:58      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14326015        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 13 2020 03:11:59
                  Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd.,    5th Floor,
                  Coral Gables, FL 33146-1873
14360549        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 13 2020 03:11:59
                  Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                  Coral Gables, FL 33146-1873
14357795        +E-mail/Text: account.manager@chesterwater.com Mar 13 2020 03:12:15      Chester Water Authority,
                  415 Welsh Street,    Chester, PA 19013-4595
14331652         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2020 03:18:55      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14326018        +E-mail/Text: customerservice@rfgionline.com Mar 13 2020 03:12:18      Rozlin Financial Group,
                  1628 Dekalb Ave,    Sycamore, IL 60178-2706
14331158        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2020 03:18:20      T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14342970         Bernadette Scott
14342969*       +Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd.,    5th Floor,
                  Coral Gables, FL 33146-1873
14342971*       +First Premier Bank,    Attn: Bankruptcy,    PO Box 5524,    Sioux Falls, SD 57117-5524
14342972*        Milstead and Associates, LLC,    2501 Seaport Drive,    Ste 200,    Philadelphia, PA 19103
14342973*       +Rozlin Financial Group,    1628 Dekalb Ave,    Sycamore, IL 60178-2706
                                                                                 TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2020 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Karen M. Scott brad@sadeklaw.com,    bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    Chapter 13
KAREN M SCOTT

                    Debtor            Bankruptcy No. 19-13196-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 12, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
KAREN M SCOTT

1924 WEST 6TH

CHESTER, PA 19013-